PROB 12A
(7/93)

Report Date: January 13, 2006

# United States District Court

for the

Eastern District of Washington

**Report on Offender Under Supervision**
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 17 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Mona Gail Kurpgeweit | Case Number: 2:00CR00117-001 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

| | |
|---|---|
| Date of Original Sentence: 08/17/2000 | Type of Supervision: Supervised Release |
| Original Offense: Bank Fraud, 18 U.S.C. § 1344 | Date Supervision Commenced: 02/27/2001 |
| Original Sentence: Prison - 5 months; TSR - 60 months | Date Supervision Expires: 02/26/2006 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      **Special Condition # 15**: You shall not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising probation officer.

**Supporting Evidence**: Gayle Kurpgeweit is considered in violation of her supervised release by conducting a fund-raising event for the purposes of collecting donations of fund and goods without the advance approval of the supervising probation officer.

Sometime during the second week of November 2005, Ms. Kurpgeweit contacted the undersigned officer by telephone and E-mail advising our office that she was chairman for a Katrina relief effort which was to be conducted in the Spokane community on November 19, 2005. Ms. Kurpgeweit provided the undersigned officer with fliers and a document noting information regarding the event. She further reported that she would not be accepting any donations whether cash or goods during this entire event. The probation office was unable to research her proposal before the scheduled event based on the short time frame given prior to the event taking place. Ms. Kurpgeweit advised she was under the impression that she just needed to inform the probation office of her activities, and not necessarily seek prior permission.

Ms. Kurpgeweit advised probation that she believed the event raised approximately $5,000. The probation office is still attempting to confirm this information by contacting the certified public accounting agency with whom this offender reporteds is handling the money donations.

**U.S. Probation Officer Action:** Ms. Kurpgeweit's supervision is due to expire the end of February 2006. During the time remaining, the probation office will continue to investigate her involvement with this endeavor. At this time, the probation office is not aware that Ms. Kurpgeweit has defrauded any of the donators to this organization.

Prob12A
Re:  Kurpgeweit, Mona Gail
January 13, 2006
Page 2

Although probation concurs with this offender that assisting the victims of Hurricane Katrina is most noble, we would not have supported Ms. Kurpgeweit's significant role as chairman of this campaign.

Respectfully submitted,

by /s/ Missy K. Kolbe
Missy K. Kolbe
U.S. Probation Officer
Date: January 13, 2006

- [X] Court Concurs with Officer Action
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Signature of Judicial Officer

Jan 17 2006
Date